

# NUMBER 13-22-00589-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE STATE FARM
## MUTUAL AUTOMOBILE INSURANCE COMPANY

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Silva**
**Order Per Curiam**

On December 16, 2022, relator State Farm Mutual Automobile Insurance Company (State Farm) filed a petition for writ of mandamus and a motion to stay the trial court proceedings. By petition for writ of mandamus, State Farm seeks to compel the trial court to set aside a November 8, 2022 order granting a new trial in favor of the real party in interest Tita G. Teran. By motion to stay, State Farm seeks to stay the underlying trial court proceedings, including the trial set for January 9, 2023, pending the resolution of

this original proceeding.

This Court, having examined and fully considered the motion for stay, is of the opinion that it should be granted. Accordingly, we grant the motion for stay, and we order the trial court proceedings to be stayed. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We request the real party in interest, Teran, or any others whose interest would be directly affected by the relief sought, to file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
19th day of December, 2022.